## West *et als.* v. Slade & Farish.

APPEAL from the Chancery Court of Henry.

Heard before the Hon. JERE N. WILLIAMS.

W. W. SANDERS, for appellants.

J. G. COWAN, for appellees.

Bill in equity for foreclosure of mortgage. Decree in favor of complainants. Defendants appeal. Decree affirmed.

Opinion by McCLELLAN, J.